UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| DONNA FERGUSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 4:05-cv-0007-JDT-WGH |
| ) | |
| ) | |
| JO ANNE B. BARNHART, Commissioner ) | |
| of the Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

**JUDGMENT AFFIRMING COMMISSIONER'S DECISION**

For the reasons stated by the court at the conclusion of the oral argument held on November 17, 2005, it is now hereby **ORDERED, ADJUDGED AND DECREED** that the Commissioner's final decision that Donna Ferguson is not entitled to a period of disability or Disability Insurance Benefits under the Social Security Act is **AFFIRMED**.

ALL OF WHICH IS ORDERED this 17th day of November 2005.

Laura A. Briggs, Clerk
United States District Court

_____
By Evelyn A. Hollins, Deputy Clerk

_____
John Daniel Tinder, Judge
United States District Court

Copies to:

William Edward Jenner
Jenner Auxier & Jacobs LLP
wjenner@jennerauxierjacobs.com

Thomas E. Kieper
tom.kieper@usdoj.gov